UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14008-CR-MARTINEZ/LYNCH
18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(k)
18 U.S.C. § 924(a)(2)
18 U.S.C. § 924(a)(1)(B)

UNITED STATES OF AMERICA

v.

WILLIAM A. TENDRICH,
a/k/a "Tat,"

　　　　　Defendant.
_____/



FILED by ___ D.C.
FEB 13 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about May 9, 2011, in Martin County, in the Southern District of Florida, the defendant,

**WILLIAM A. TENDRICH,**
a/k/a "Tat"

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms and one or more rounds of ammunition in and affecting interstate and foreign commerce, to wit, one Taurus .357 caliber Magnum revolver and forty-four (44) rounds of Winchester .357 caliber ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2

On or about May 9, 2011, in Martin County, in the Southern District of Florida, the defendant,

**WILLIAM A. TENDRICH,**
a/k/a "Tat"

did knowingly possess any firearm, to wit, one Taurus .357 caliber Magnum revolver, which had the manufacturer's serial number removed, obliterated, and altered, and had been previously shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT 3

On or about May 17, 2011, in Martin County, in the Southern District of Florida, the defendant,

**WILLIAM A. TENDRICH,**
a/k/a "Tat"

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms in and affecting interstate and foreign commerce, to wit, one SWD M12 .380 caliber pistol, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 4

On or about May 17, 2011, in Martin County, in the Southern District of Florida, the defendant,

**WILLIAM A. TENDRICH,**
a/k/a "Tat"

did knowingly possess any firearm, to wit, one SWD M12 .380 caliber pistol, which had the manufacturer's serial number removed, obliterated, and altered, and had been previously shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT 5

On or about November 3, 2011, in Indian River County, in the Southern District of Florida, the defendant,

**WILLIAM A. TENDRICH,**
a/k/a "Tat"

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms in and affecting interstate and foreign commerce, to wit, one Walther P22 .22 caliber handgun, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 6

On or about November 3, 2011, in Indian River County, in the Southern District of Florida, the defendant,

**WILLIAM A. TENDRICH,**
a/k/a "Tat"

did knowingly possess any firearm, to wit, one Walther P22 .22 caliber handgun, which had the manufacturer's serial number removed, obliterated, and altered, and had been previously shipped and transported in interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B)..

## COUNT 7

On or about November 3, 2011, in Indian River County, in the Southern District of Florida, the defendant,

**WILLIAM A. TENDRICH,**
a/k/a "Tat"

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms in and affecting interstate and foreign commerce, to wit, one Smith and Wesson .40 caliber handgun, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL

_____
FOREPERSON

_/s/ Wifredo A. Ferrer_
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_/s/ Russell R. Killinger_
RUSSELL R. KILLINGER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA                    CASE NO. _____

v.

WILLIAM A. TENDRICH,                        **CERTIFICATE OF TRIAL ATTORNEY***
  a/k/a "Tat,"
                              Defendant. /  Indictment Case Information:

**Court Division**: (Select One)             New Defendant(s)        Yes ____  No ____
                                             Number of New Defendants ____
____ Miami      ____ Key West                Total number of counts   ____
____ FTL        ____ WPB    _X_ FTP

         I do hereby certify that:

    1.   I have carefully considered the allegations of the indictment, the number of defendants,
         the number of probable witnesses and the legal complexities of the
         Indictment/Information attached hereto.

    2.   I am aware that the information supplied on this statement will be relied upon by the
         Judges of this Court in setting their calendars and scheduling criminal trials under the
         mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

    3.   Interpreter:   (Yes or No) _No_
         List language and/or dialect _____
    4.   This case will take ___3___ days for the parties to try.

    5.   Please check appropriate category and type of offense listed below:

         (Check only one)                              (Check only one)

         I    0 to  5 days         _X_                 Petty       ____
         II   6 to 10 days         ____                Minor       ____
         III  11 to 20 days        ____                Misdem.     ____
         IV   21 to 60 days        ____                Felony      _X_
         V    61 days and over     ____

    6.   Has this case been previously filed in this District Court? (Yes or No) _No_
         If yes:
         Judge: _____      Case No. _____
         (Attach copy of dispositive order)
         Has a complaint been filed in this matter?   (Yes or No) _____
         If yes:
         Magistrate Case No.
         Related Miscellaneous numbers: _____
         Defendant(s) in federal custody as of _____
         Defendant(s) in state custody as of _____
         Rule 20 from the _____ District of _____

         Is this a potential death penalty case? (Yes or No)    _No_
    7.   Does this case originate from a matter pending in the Northern Region of the U.S.
         Attorney's Office prior to October 14, 2003?      ____ Yes  _X_ No

    8.   Does this case originate from a matter pending in the Central Region of the U.S.
         Attorney's Office prior to September 1, 2007?     ____ Yes  _X_ No

                                             _____
                                             RUSSELL R. KILLINGER
                                             ASSISTANT UNITED STATES ATTORNEY

*Penalty Sheet(s) attached                                              REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

CASE NO. _____

Defendant's Name:   WILLIAM A. TENDRICH, a/k/a "Tat"

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1, 3, 5 & 7 | Possession of Firearm in Interstate Commerce by a Convicted Felon | 18:922(g)(1) & 924(a)(2) | 10 years imprisonment; $250,000 fine; 3 years supervised release; & $100 Special Assessment |
| 2, 4 & 6 | Possession of Firearm in Interstate Commerce with Obliterated Serial Number | 18:922(k) & 924(a)(1)(B) | 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment |