U.S. Department of Justice
*United States Attorneys*

# United States District Court
# for the Southern District of Florida

NO. 14-14008-CR-MARTINEZ

**UNITED STATES OF AMERICA**

v.

WILLIAM A. TENDRICH, /

Inmate Name: WILLIAM A. TENDRICH

Inmate #: K78199

FILED by _____ D.C.
OCT - 1 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

To: ANY UNITED STATES MARSHAL, and

WARDEN, EDUARDO RIVERO

It appearing from the petition of the United States of America that the defendant in the above case, WILLIAM A. TENDRICH is confined in the POLK CORRECTIONAL INSTITUTION at 10800 EVANS ROAD, POLK CITY, FLORIDA 33868-6925 and that this case is set for an Initial Appearance as to the defendant at 101 South U.S. Hwy. 1, Magistrate Courtroom 4074, Fort Pierce, FL 34950, and that it is necessary for the defendant to be before this Court for this proceeding;

NOW, THEREFORE, this is to command you, any United States Marshal, that you have the body of WILLIAM A. TENDRICH now in custody as aforesaid, under safe and secure conduct, before this Court at 101 South U.S. Hwy. 1, Magistrate Courtroom 4074, Fort Pierce, FL 34950 by or before, 9:30 a M., on October 20, 2014 for a INITIAL APPEARANCE on the criminal charges pending against the defendant in this case, and upon completion of all proceedings that you return the defendant with all convenient speed, under safe and secure conduct to the custody of the Warden of the aforesaid penal institution.

And this is to command you, the Warden of POLK CORRECTIONAL INSTITUTION at 10800 EVANS ROAD, POLK CITY, FL 33868-6925 to deliver into the custody of any United States Marshal, upon production to you of a certified copy of this writ, the body of the defendant for safe and secure conduct to this district for this purpose.

DONE and ORDERED at Fort Pierce Florida, this _____ day of October, 2014

FRANK J. LYNCH, JR.,
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney (AUSA RUSSELL R. KILLINGER )
U.S. Marshal (3 certified copies)
Chief Probation Officer