UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14008-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA
    Plaintiff,

-v-

WILLIAM A. TENDRICH
a/k/a "Tat"
    Defendant,
_____/

FILED by ___ D.C.
OCT 30 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

## ORDER ON INITIAL APPEARANCE

AUSA  Russell Killinger      Language: **ENGLISH**
Agent  Richard Miller/David Kadela, FBI      DAR: 09.32.04

The above named defendant having been writted-in and appeared before this court for initial appearance on October 30, 2014 and proceedings having been held in accordance with **F.R.C.P. 5(c)(3) or 40(a)**, it is thereupon,

**ORDERED** as follows:

1. _____ appeared as **PERMANENT** counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. CJA Allen Kaufman, Esquire  appointed as counsel of record _____.
   Address:  950 S. Pine Island Rd. Suite A-150 Plantation, FL
   Zip Code:  33324  Phone:  954-727-8165
3. The defendant shall attempt to retain counsel and shall appear before the court at____A.M. on _____.
4. **Arraignment set for Friday, 10/31/14 at 9:30 a.m. before Judge Lynch in Fort Pierce, Florida.**
5. **The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f)**
   because  Risk of flight and Danger to community  .
   **A detention hearing, pursuant to 18 U.S.C. Section 3142(f) set 10/31/14 at 9:30 a.m. before Judge Lynch.**
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
   Court ordered Defendant temporary detained _____

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
____a. Surrender all passports and travel document to the Pretrial Services Office.
____b. Report to Pretrial Services as follows:____times a week by phone, ____time a week in person; other:  as directed by Pretrial Services
____c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
____d. Maintain or actively seek full time gainful employment.

____e. Maintain or begin an educational program.
____ f. Avoid all contact with victims of or witnesses to the crimes charged.
____ g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
____ h. Comply with the following curfew: _____
____ i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
____ j. Comply with the following additional special conditions of this bond:
_____
_____

This bond was set:  At Arrest _____
On Warrant __XX__
After Hearing_____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Pierce, Florida this 30th day of October, 2014.

FRANK J. LYNCH, JR.
UNITED STATES MAGISTRATE JUDGE

c: Assistant U.S. Attorney (FTP)
   Defendant
   Defendant's counsel
   U.S. Marshal Service
   U.S. Probation/U.S. Pretrial Services